964

No. 92–8302. GAY v. VASQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–8304. ARTIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8313. ROGERS v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 92–8317. REID v. GUDMANSON, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–8327. SIGNORELLI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8359. ROLLINS ET AL. v. FRIEDMAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–8365. SALTZMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8378. SMITH v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–8395. WISE v. WILLIAMS, ATTORNEY GENERAL OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 92–8428. YOUNG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8460. WYCHE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8461. STEVENS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8464. THIBAULT-LEMKE ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8471. WHITMAN v. WHITMAN. Sup. Ct. Nev. Certiorari denied.

No. 92–8481. OSWALD v. TRUDELL ET AL. C. A. 6th Cir. Certiorari denied.